IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMBER JONES, VICTORIA LUGO, and REGAN SLIGER on behalf of THEMSELVES and all others similarly situated, <br><br> *Plaintiffs,* <br><br> v. <br><br> STOVER DIAGNOSTICS LABORATORIES, INC., STOVER MEDICAL LOGISTICS, INC., and STOVER MEDICAL PHYSICIAN SERVICES, LLC, and MATTHEW STOVER, <br><br> *Defendants*. | CLASS AND COLLECTIVE ACTION <br><br> CASE NO. 3:19-CV-00740 <br><br> JUDGE RICHARDSON <br><br> MAGISTRATE JUDGE FRENSLEY <br><br> JURY DEMAND |

## PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

In accordance with this Court's March 1, 2023, Order (Doc. No. 139), and pursuant to Fed. R. Civ. P. 55(b), Plaintiffs respectfully move this Court to enter default judgment against Defendants Stover Diagnostics Laboratories, Inc., Stover Medical Logistics, Inc., and Stover Medical Physician Services, LLC (collectively "Defendants") for unpaid minimum and overtime wages and liquidated damages under Section 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), in the total amount of $3,013,296.74, as well as post-judgment interest at the rate prescribed in 28 U.S.C. § 1961, with monetary awards to the Plaintiffs who provided declarations setting forth their damages. Plaintiffs are filing a supporting Memorandum contemporaneously herewith.

Dated: June 29, 2023

Respectfully submitted,

/s/ Joshua A. Frank
**DAVID W. GARRISON (No. 24968)**

**JOSHUA A. FRANK (No. 33294)**
BARRETT JOHNSTON MARTIN & GARRISON, LLC
Philips Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
dgarrison@barrettjohnston.com
jfrank@barrettjohnston.com

**EMILY ALCORN (No. 33281)**
GILBERT MCWHERTER SCOTT BOBBITT, PLC
341 Cool Springs Blvd., Suite 230
Franklin, TN 37067
Telephone: (615) 354-1144
ealcorn@gilbertfirm.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of this *Plaintiffs' Motion for Default Judgment* was filed electronically with the Clerk's office by using the CM/ECF system and served via U.S. Mail upon the parties as indicated below on June 29, 2023:

**Stover Medical Physician Services, LLC**
c/o Registered Agent
Elizabeth E. Tharpe
225 S. Meramec, Suite 528T
Clayton, MO 63105

**Stover Medical Logistics, Inc.**
c/o Registered Agent
Elizabeth E. Tharpe
225 S. Meramec, Suite 528T
Clayton, MO 63105

**Stover Diagnostics Laboratories, Inc.**
c/o Registered Agent
Elizabeth E. Tharpe
225 S. Meramec, Suite 528T
Clayton, MO 63105

**Mr. Matt Stover**
1776 Crosswinds Dr.
O'Fallon, MO 63385

**Mr. Matt Stover**
1776 Crosswinds Dr
Wentzville, MO 63385

**Mr. Matt Stover**
101 Glenallen Ct
Saint Peters, MO 63376-1724

*Defendants*

                /s/ Joshua A. Frank
                JOSHUA A. FRANK
                **BARRETT JOHNSTON**
                    **MARTIN & GARRISON, LLC**